IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 13-cv-00678 WYD-MJW

MEGAN J. BARRY,

    Plaintiff,

v.

AUTO CLUB INSURANCE ASSOCIATION
d/b/a AAA INSURANCE COMPANY,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Megan J. Barry, by and through her attorneys Law Offices of Stuart A. Kritzer, P.C. and Defendant Auto Club Insurance Association d/b/a AAA Insurance Company, by and through its attorneys White and Steele, P.C., and hereby stipulate and agree that Plaintiff's claims against Defendant Auto Club Insurance Association d/b/a AAA Insurance Company should be dismissed with prejudice with each party to pay their own attorneys' fees and costs. An Order of Dismissal With Prejudice is submitted with this stipulation.

| | |
|---|---|
| /s/ Stuart A. Kritzer | /s/ David J. Nowak |
| Stuart A. Kritzer | David J. Nowak, Esq |
| Law Offices of Stuart A. Kritzer, P.C. | White and Steele, P.C. |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |