IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number:  13-cv-00678 WYD-MJW

MEGAN J. BARRY,

    Plaintiff,

v.

AUTO CLUB INSURANCE ASSOCIATION
d/b/a AAA INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT having reviewed the Stipulation for Dismissal with Prejudice by and between Plaintiff Megan J. Barry and Defendant Auto Club Insurance Association d/b/a AAA Insurance Company and being fully informed as to the issue **Hereby Orders That:**

Plaintiff's claims and causes of action against Defendant Auto Club Insurance Association d/b/a AAA Insurance Company, are hereby dismissed with prejudice, each party to pay their own attorneys' fees and costs.

    Ordered this ____ day of _____, 2013.

_____

District Court Judge